IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-32-D
No. 5:12-CV-489-D

| | |
|---|---|
| REGINALD LEE MILLIGAN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | **ORDER** |

The United States has withdrawn its opposition to Reginald Lee Milligan's motion to vacate his conviction [D.E. 25]. The court has reviewed the entire record and GRANTS the motion to vacate [D.E. 23]. Milligan's conviction in this case [D.E. 19] is VACATED. The United States shall release Milligan.

SO ORDERED. This 21 day of November 2012.

JAMES C. DEVER III
Chief United States District Judge